JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI
**City** Quincy, MA
**County** Norfolk

**Related Case Information:**
Superseding Ind./Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 24-MJ-8383 to 24-MJ-8386 PGL
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    Yes [ ]  No [✓]

**Defendant Information:**
**Defendant Name** Thomas F. Clasby, Jr.    Juvenile: Yes [ ]  No [✓]

Is this person an attorney and/or a member of any state/federal bar: Yes [ ]  No [✓]

**Alias Name:** _____
**Address:** 710 Mount Elam Road, Fitchburg, MA 01420
**Birth date (Yr only):** 1964  **SSN (last 4#):** 3306  **Sex:** M  **Race:** W  **Nationality:** USA

**Defense Counsel if known:** _____  **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Kristina E. Barclay    **Bar Number if applicable:** 640848

**Interpreter:** Yes [ ]  No [✓]    List language and/or dialect: _____
**Victims:** Yes [✓]  No [ ]    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  Yes [ ]  No [✓]
**Matter to be SEALED:** Yes [✓]  No [ ]

[✓] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:** _____
**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____
[ ] Already in State Custody at _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:    Ordered by: _____  on _____

**Charging Document:** [ ] Complaint  [✓] Information  [ ] Indictment
**Total # of Counts:** [ ] Petty  [ ] Misdemeanor  [✓] Felony 12

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/7/2025    Signature of AUSA: *(signed)*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Thomas F. Clasby, Jr.

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC §§ 666 and 2 | Theft of Federal Funds | 1 |
| Set 2 | 18 USC §§ 1343 and 2 | Wire Fraud | 2-3 |
| Set 3 | 18 USC §§ 1341 and 2 | Mail Fraud | 4-8 |
| Set 4 | 18 USC §§ 2314 and 2 | Interstate Transport. of Stolen Property | 9-12 |
| Set 5 | 18 USC §981(a)(1)(C); 28 USC §2461 | Forfeiture Allegations | N/A |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**