AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) Case No. 25cr10003 PBS-PGL |
| Thomas F. Clasby, Jr. | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Thomas F. Clasby, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 666(a)(1)(A) and 2 (Theft of Federal Funds)
18 U.S.C. §§ 1343 and 2 (Wire Fraud)
18 U.S.C. §§ 1341 and 2 (Mail Fraud)
18 U.S.C. §§ 2314 and 2 (Interstate Transportation of Stolen Property)

Date: 1/7/2025

City and state: Boston, MA

*Page Kelley* (signature)
*Issuing officer's signature*

Page Kelley, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*