UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 25-cr-1003-PBS |
| | ) | |
| THOMAS F. CLASBY, JR., | ) | |
| | ) | |
| Defendant | ) | |

**JOINT MEMORANDUM FOR INTERIM STATUS CONFERENCE**

The parties submit this joint memorandum addressing the issues set out in Local Rule 116.5(b).

1.      Status of Automatic Discovery and Any Pending Discovery Request

On February 5, 2025, the government produced automatic discovery as required under the Local Rules.

2.      The Timing of Any Additional Discovery to be Produced

The government is aware of its ongoing obligation to produce additional discovery. The defendant is in the process of reviewing the discovery produced to date.

3.      The Timing of Any Additional Discovery Requests

With its February 5, 2025 production, the government requested reciprocal discovery from the defendant; no such discovery has been produced at this time.

4.      Protective Orders

On February 4, 2025, the Court endorsed a Protective Order in this case (Dkt. No. 16).

5.      The Timing of Pretrial Motions

The defendant intends to file substantive motions, but cannot propose a date until counsel has had adequate time to review the discovery provided by the government.

6.    <u>The Timing of Expert Witness Disclosures</u>

The defendant requests expert discovery pursuant to Fed. R. Crim. P. 16(a)(1)(G) and the parties request that the Court order that such discovery be produced no later than 60 days prior to trial in this matter, with reciprocal discovery to be produced no later than 30 days before trial.

7.    <u>Status of Plea Discussions; Likelihood and Estimated Length of Trial</u>

The parties have not engaged in plea discussions.  If a trial is necessary, the parties estimate that a trial in this matter would take approximately one week.

8.    <u>Excludable Delay</u>

The parties jointly ask the Court to exclude the time from April 7, 2025 until the date of the next status conference, under 18 U.S.C. § 3161(h)(7)(A), because the parties have needed the time, and continue to need the time, to produce and review discovery in this case.  The ends of justice served by this exclusion outweigh the interests of the public and the defendant in a speedy trial.

9.    <u>Final/Interim Status Conference</u>

The parties ask the Court to schedule a final status conference at the Court's convenience.

Respectfully submitted,

THOMAS F. CLASBY, JR.                    LEAH B. FOLEY
                                         United States Attorney


By: _/s/Claudia Lagos_                    By: _/s/Kristina E. Barclay_
CLAUDIA LAGOS, ESQ.                      KRISTINA E. BARCLAY
                                         Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Kristina E. Barclay*
KRISTINA E. BARCLAY
Assistant United States Attorney

Date: March 31, 2025