UNITED STATES DISTRICT
COURT DISTRICT OF
MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:25-CR-10003-PBS |
| | ) |
| THOMAS CLASBY | ) |

### **DEFENDANT'S ASSENTED TO MOTION FOR A RULE 11 HEARING**

The defendant, Thomas Clasby, respectfully moves this Court to schedule a Rule 11 hearing in this case. The Government assents to this motion,

    Respectfully submitted,

THOMAS CLASBY
By his attorney

/s/ Claudia Lagos
Claudia Lagos
B.B.O. #681504
Scully & Lagos
10 Post Office Sq, Suite 1330
Boston, MA  02109
Tel: 617-307-5055

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 23, 2026

*/s/ Claudia Lagos*
Claudia Lagos
